Stephanie Van Marter
Acting United States Attorney
Eastern District of Washington
Lisa C. Cartier Giroux
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No.: 2:25-cr-00113-RLP-3 |
|---|---|
| Plaintiff, | |
| v. | Motion for Detention |
| MIKKI PIKE HATFIELD, | |
| Defendant. | |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f). [The United States also moves for the revocation of Defendant's release, pursuant to 18 U.S.C. § 3148].

A.   <u>18 U.S.C. § 3142(e) and (f)</u>

   1.   <u>Eligibility of Case</u>

This case is eligible for a detention order because the case involves (check one or more):

☐   Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 77, 109A, 110 and 117);

Motion for Detention - 1

1   ☐   A violation of 18 U.S.C. § 1591;

2   ☐   An offense listed in 18 U.S.C. § 2332b(g)(5)(B) with maximum penalty of 10 years or more;

4   ☐   Maximum penalty of life imprisonment or death;

5   ☐   Drug offense with maximum penalty of 10 years or more;

6   ☐   Felony, with two prior convictions in above categories;

7   ☒   Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device as those terms are defined in 18 U.S.C. § 921, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

   ☐ Minor Victim   ☐ Firearm   ☐ Destructive Device

   ☒ Dangerous Weapon   ☐ Failure to Register

  ☐   Serious risk Defendant will flee (as specified below); or

  ☒   Serious risk obstruction of justice.

Click or tap here to enter text. (Delete if not using)

2. <u>Reason for Detention</u>

The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

  ☒   Defendant's appearance as required; or

  ☒   Safety of any other person and the community.

3. <u>Rebuttable Presumption</u>.

Motion for Detention - 2

The United States

☐ will

☒ will not

invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).

If the United States is invoking the presumption, it applies because there is probable cause to believe Defendant committed:

☐ Drug offense with maximum penalty of 10 years or more;

☐ An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐ An offense under 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

☐ An offense under chapter 77 of Title 18, United States Code, for which a maximum term of imprisonment of 20 years or more is prescribed;

☐ An offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425;

☐ Other circumstances as defined in 18 U.S.C. § 3142(e)(2).

4.  <u>Time for Detention Hearing</u>

The United States requests that the Court conduct the detention hearing:

☐ At the first appearance, or

☒ After a continuance of three days.

Motion for Detention - 3

B.  <u>No Contact Order</u>

The United States further requests, in addition to pretrial confinement, that Defendant be subject to the following condition:

Defendant shall have no contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim or potential witness in the subject investigation or prosecution. Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social media, and/or any contact through any third person or parties.

The United States will request additional conditions at the initial appearance.

Dated: July 15, 2025.

                              Stephanie Van Marter
                              Acting United States Attorney

                              <u>s/ Lisa C. Cartier Giroux</u>
                              Lisa C. Cartier Giroux
                              Assistant United States Attorney

Motion for Detention - 4

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generates a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

s/ Lisa C. Cartier Giroux
Lisa C. Cartier Giroux
Assistant United States Attorney

Motion for Detention - 5