AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RECEIVED
UNITED STATES MARSHAL
2025 JUL 10 AM 7:23
EASTERN WASHINGTON
SPOKANE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
**Jul 15, 2025**
SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:25-cr-00113-RLP-3 |
| MIKKI PIKE HATFIELD | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MIKKI PIKE HATFIELD ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 372  18 U.S.C. § 372
18 U.S.C. § 111(a)(1) and (b) Assault on a Federal Officer and Employee

Date:  Jul 09, 2025, 4:56 pm

*Issuing officer's signature*

City and state:   Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 7/9/25 , and the person was arrested on *(date)* 7/15/25
at *(city and state)* Spokane, WA .
Arrested within the E/WA
By: USMS
(Agency)

Date: 7/15/25

Executed On: 7/15/25
*Arresting officer's signature*
Sign: Reagan L. Schraner, USMS

*Printed name and title*