NICOLAS V. VIETH
Bar Nos. ID. 8166 / WA 34196
Vieth Law Offices, Chtd.
P.O. Box 94
Coeur d'Alene, ID 83816
Telephone:  208.664.9494
Facsimile:   208.664.9448
Email: nick@viethlaw.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>MIKKI PIKE HATFIELD,<br><br>          Defendant. | CASE NO. 2:25-CR-113<br><br>NOTICE TO THE COURT REGARDING CLIENT'S ABILITY TO COMMUNICATE WITH COUNSEL DURING THE PRE-TRIAL CONFERENCE |

COMES NOW Nicolas V. Vieth of Vieth Law Offices, Chtd., and provides Notice to this Court that Counsel for Mikki Pike Hatfield and Defendant Hatfield will be able to communicate confidentially via text message and/or email if Defendant is granted permission to appear for the Pre-Trial Conference via phone.

DATED this 4th day of September, 2025.

VIETH LAW OFFICES, CHTD.

*s/ Nicolas V. Vieth*
NICOLAS V. VIETH

NOTICE TO THE COURT REGARDING CLIENT'S ABILITY TO COMMUNICATE WITH COUNSEL DURING THE PRE-TRIAL CONFERENCE - 1

Attorney for Mikki Pike Hatfield

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>s/ Nicolas V. Vieth</u>
Nicolas V. Vieth