FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 03, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-CR-00113-RLP-3 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| MIKKI PIKE HATFIELD, | **ECF No. 180** |
| Defendant. | |

On Monday, November 24, 2025, the Court conducted a hearing on Defendant's Motion to Modify Conditions of Release (ECF No. 180) and ordered that the Court would grant Defendant's motion only upon the receipt of a declaration by both proposed coresidents of Defendant's release address confirming Defendant's ability to reside in the home, as well as the absence of firearms and controlled substances from the home. ECF No. 188. Defendant has since filed declarations by the coresidents addressing the Court's concerns, in addition to a lease agreement between the owner of the address and Defendant and the coresidents. ECF No. 190.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 180**) is **GRANTED**.

ORDER - 1

2.    **General Condition No. 15 (ECF No. 138) is STRICKEN.**

3.    All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 3, 2025.

_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2